**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JENNY ARMSTRONG,**

    **Plaintiff,**

v.                                      Case No.  8:06-cv-2167-T-30EAJ

**PERSONAL ENRICHMENT THROUGH
MENTAL HEALTH SERVICES, INC.,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal (Dkt. #14).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 3, 2007.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-2167.dismissal 14.wpd